ACCEPTED
03-14-00016-CV
3729627
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/12/2015 11:45:42 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00016-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/12/2015 11:45:42 AM
JEFFREY D. KYLE
Clerk

_____

**WILLIAM CULLEN CHAMPION**

Appellant,

v.

**MARILYN ESTLOW**

Appellee.

_____

On Appeal from the County Court at Law Number One
of Travis County, Texas

_____

**AGREED MOTION FOR LEAVE TO WITHDRAW
AND TO SUBSTITUTE COUNSEL**

_____

Bourland Law Firm, P.C. and William Cullen Champion, Appellant herein, file this Agreed Motion for Leave to Withdraw and to Substitute Counsel pursuant to Tex. R. App. P. 6.5 and, in support thereof, respectfully show as follows:

**MOTION TO WITHDRAW**

1.    Cindy Olson Bourland, lead counsel for Appellant in this case, has accepted a gubernatorial appointment to this Court and, therefore, will no longer be in a position to represent Appellant in this cause. For this reason, Bourland

Law Firm and its attorneys, Cindy Olson Bourland and Anna Eby, request leave to withdraw as counsel in this case.

## MOTION TO SUBSTITUTE

2. Appellant requests that attorney Anna Eby of Eby Law Firm, PLLC be substituted in as counsel in this case. Ms. Eby's information is as follows:

Address: 1 Chisholm Trail, Suite 150
 Round Rock, Texas 78681
Telephone: (512) 508-2396
Facsimile: (512) 477-0154
State Bar No.: 24059707

3. Appellant approves this substitution, which is not sought for delay. Additionally, all parties in this case agree to the relief requested herein.

## DESIGNATION OF ATTORNEY IN CHARGE

4. Appellant hereby designates Anna Eby of Eby Law Firm, PLLC as its attorney in charge in this matter, pursuant to the requirements of Tex. R. Civ. P. 10.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Bourland Law Firm, P.C. and William Cullen Champion pray that the Court grant their Agreed Motion for Leave to Withdraw and to Substitute Counsel, and for any other and further relief to which Appellant may be entitled.

Respectfully submitted,

**BOURLAND LAW FIRM, P.C.**
1 Chisholm Trail, Suite 150
Round Rock, Texas  78681
(512) 477-0100
(512) 477-0154 (facsimile)

By:_____
       Cindy Olson Bourland
       State Bar No. 00790343
       bourland@bourlandlaw.com


Anna Eby
State Bar No. 24059707
**EBY LAW FIRM, PLLC**
1 Chisholm Trail, Suite 150
Round Rock, Texas  78681
Telephone (512) 508-2396
Facsimile (512) 477-0154
eby@bourlandlaw.com (temporary)

## CERTIFICATE OF CONFERENCE

I hereby certify that, on January 8, 2015, I conferred with counsel for Appellee via electronic mail regarding this Motion for Leave to Withdraw and to Substitute Counsel. Appellee does not oppose the relief requested.

/s/ Anna Eby_____
Anna Eby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on this the 12th day of January, 2015, on the following:

Jessica Lobes – *via Electronic Mail*
Dickman Law Offices, PLLC
6440 North Central Expressway, Suite 200
Dallas, Texas 75206

William Champion – *via First Class Mail and Certified Mail*
1003 Moon Glow Drive
Leander, Texas 78641

Cindy Olson Bourland